No. 99–1453. UNITED STATES EX REL. A–1 AMBULANCE SERVICE, INC., ET AL. *v.* COUNTY OF MONTEREY ET AL. C. A. 9th Cir. Certiorari denied.

No. 99–1465. BAZZETTA *v.* YUKINS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 99–1474. WILLIAMS *v.* CIGNA FINANCIAL ADVISORS INC. ET AL. C. A. 5th Cir. Certiorari denied.

No. 99–1476. OTT *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 99–1479. HADDAD *v.* LIEBERMAN. C. A. 2d Cir. Certiorari denied.

No. 99–1493. BURGESS *v.* PELKEY ET AL. Ct. App. D. C. Certiorari denied.

No. 99–1494. LERMAN *v.* TOWNSHIP OF RANDOLPH ET AL. Super. Ct. N. J., App. Div. Certiorari denied.

No. 99–1495. DUNN *v.* INSTALLATION TECHNICIANS, INC., ET AL. C. A. 8th Cir. Certiorari denied.

No. 99–1498. DAVIS *v.* MILLE LACS BAND OF CHIPPEWA INDIANS ET AL. C. A. 8th Cir. Certiorari denied.

No. 99–1505. FERGASON *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 99–1558. BEHDANI ET AL. *v.* IMMIGRATION AND NATURALIZATION SERVICE. C. A. 11th Cir. Certiorari denied.

No. 99–1573. LAI *v.* DICKINSON ET AL. C. A. 9th Cir. Certiorari denied.

No. 99–1585. ORR *v.* INTERNAL REVENUE SERVICE. C. A. 5th Cir. Certiorari denied.